PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Marijuana Possession Dismissals Pursuant to October 6, 2022, Presidential Proclamation Pardoning Individuals for the Offense of Simple Possession of Marijuana | UNITED STATES'S MOTION TO DISMISS AND RECALL BENCH WARRANTS; ORDER |

**Dismissal of Marijuana Possession Cases Pursuant to Presidential Pardon**

By a presidential proclamation on October 6, 2022, President Biden announced a pardon for federal misdemeanor marijuana possession offenses.[1]  Pursuant to that presidential pardon and Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the 196 misdemeanor marijuana possession cases listed in Exhibit A to this motion, and to recall all associated warrants.

The list below contains those Eastern District of California marijuana possession cases that the U.S. Attorney's office has identified to date as still pending before the Sacramento division of the

---

[1] See https://www.whitehouse.gov/briefing-room/presidential-actions/2022/10/06/granting-pardon-for-the-offense-of-simple-possession-of-marijuana/ (last accessed August 7, 2023).

district, including Redding, that have assigned ECF case numbers.  Many of these cases remain open because they are in warrant status.  Consistent with President Biden's proclamation, the government therefore requests that this Court order dismissal of these cases and recall of all associated warrants.

Respectfully submitted,

Dated:  August 8, 2023

PHILLIP A. TALBERT
United States Attorney

CHRISTOPHER S. HALES
Assistant United States Attorney

**ORDER**

As Chief Magistrate Judge for the Eastern District of California, and pursuant to the motion of the United States, I hereby order dismissal of each misdemeanor marijuana possession case listed below in Exhibit A, and the recall of all warrants associated with each case.  I further direct the Clerk of the Court to file a copy of this signed order in each of the cases listed below.

IT IS SO ORDERED.

Dated:  August 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**
**List of Cases to be Dismissed**

|    | ECF Case Number    | Defendant                  |
|----|--------------------|----------------------------|
| 1  | 2:17-PO-00495-DB   | Jose Rosas                 |
| 2  | 2:18-PO-00011-AC   | Frank Martinez             |
| 3  | 2:18-PO-00138-AC   | Daniel R. Carlson          |
| 4  | 2:18-PO-00149-DB   | Robert Mesta               |
| 5  | 2:18-PO-00331-DB   | Kevin B. Cowan             |
| 6  | 2:19-PO-00032-AC   | Cherish Carter             |
| 7  | 2:19-PO-00304-DB   | Joshua N. Stark            |
| 8  | 2:20-PO-00038-AC   | Aron Daniel                |
| 9  | 2:20-PO-00040-AC   | Michael V. Dzigorski       |
| 10 | 2:20-PO-00205-KJN  | Scott S. Barrett           |
| 11 | 2:20-PO-00300-EFB  | Mario Bargas               |
| 12 | 2:20-PO-00462-DB   | Shaundell M. Hatcher-Harris|
| 13 | 2:20-PO-00479-CKD  | Jasmine Moschell           |
| 14 | 2:20-PO-00562-CKD  | Robert Williams            |
| 15 | 2:20-PO-00602-DB   | Thomas Hasch               |
| 16 | 2:21-PO-00159-AC   | Zachary J. Noack           |
| 17 | 2:21-PO-00195-DB   | Anthony Wright             |
| 18 | 2:21-PO-00274-CKD  | Winston Jackson            |
| 19 | 2:21-PO-00282-CKD  | Kurt Smith                 |
| 20 | 2:21-PO-00369-JDP  | Michael R. Block           |
| 21 | 2:21-PO-00390-JDP  | Michael Meletiou           |
| 22 | 2:21-PO-00395-JDP  | Hosanna Perez              |
| 23 | 2:21-PO-00405-JDP  | Allen White                |
| 24 | 2:21-PO-00421-AC   | Donald Clontz              |
| 25 | 2:21-PO-00442-AC   | Robert T. Ocoboc           |
| 26 | 2:21-PO-00475-KJN  | Harold Deaulette           |
| 27 | 2:22-PO-00020-KJN  | Michael A. Heller          |
| 28 | 2:22-PO-00235-DB   | Michael Binder             |
| 29 | 3:16-PO-00006-CMK  | Mindy J. Gaede             |
| 30 | 3:16-PO-00008-CMK  | Tonka Gritts               |
| 31 | 3:16-PO-00016-CMK  | Johnny C. Lor              |
| 32 | 3:16-PO-00019-CMK  | Stephen Lundquist          |
| 33 | 3:16-PO-00021-CMK  | Warren Martin              |
| 34 | 3:16-PO-00026-CMK  | Dwayne Meyers              |
| 35 | 3:16-PO-00034-CMK  | Johnny Lou                 |

| | | ECF Case Number | Defendant |
|---|---|---|---|
| 1 | 36 | 3:16-PO-00073-CMK | Oliver Fresquez |
| 2 | 37 | 3:16-PO-00111-CMK | Ronald Kistle |
| 3 | 38 | 3:16-PO-00133-CMK | William Carter |
| | 39 | 3:16-PO-00135-CMK | Jeremy Deleal |
| 4 | 40 | 3:16-PO-00176-CMK | Peter S. Graf |
| 5 | 41 | 3:16-PO-00196-CMK | Gregory Crater |
| 6 | 42 | 3:16-PO-00213-CMK | John Moreno |
| | 43 | 3:16-PO-00216-CMK | Silvestre Nevarez |
| 7 | 44 | 3:16-PO-00242-CMK | Thomas Bailey |
| 8 | 45 | 3:16-PO-00457-CMK | Tory Smith |
| 9 | 46 | 3:16-PO-00502-CMK | Larry E. Sipes |
| | 47 | 3:16-PO-00521-CMK | Anthony E. Deal |
| 10 | 48 | 3:16-PO-00552-CMK | Lee Khang |
| 11 | 49 | 3:16-PO-00571-CMK | Madison E. Bonnel |
| | 50 | 3:16-PO-00573-CMK | Rogelio Deival-Riggs |
| 12 | 51 | 3:16-PO-00581-CMK | Warren Martin |
| 13 | 52 | 3:16-PO-00584-CMK | William C. Moon |
| 14 | 53 | 3:16-PO-00603-CMK | James E. Crosley |
| | 54 | 3:16-PO-00609-CMK | Devin C. Johnson |
| 15 | 55 | 3:16-PO-00627-CMK | William R. Winstead |
| 16 | 56 | 3:16-PO-00629-CMK | Emillano D. Herrera-Anaya |
| 17 | 57 | 3:17-PO-00045-CMK | Tanyia E. Callahan |
| | 58 | 3:17-PO-00050-CMK | Davis L. Cutter |
| 18 | 59 | 3:17-PO-00059-CMK | Tiffany Haner |
| 19 | 60 | 3:17-PO-00064-CMK | Rosser L. Jones |
| | 61 | 3:17-PO-00069-CMK | Joshua A. Levi |
| 20 | 62 | 3:17-PO-00081-CMK | Eric L. Milam |
| 21 | 63 | 3:17-PO-00087-CMK | Justin T. Resmondo |
| 22 | 64 | 3:17-PO-00090-CMK | Lai H. Saeyang |
| | 65 | 3:17-PO-00093-CMK | Danford L. Schow |
| 23 | 66 | 3:17-PO-00155-CMK | Robert A. Edwards |
| 24 | 67 | 3:17-PO-00166-CMK | Joseph V. Trevino |
| | 68 | 3:17-PO-00167-CMK | Paul Vaughan |
| 25 | 69 | 3:17-PO-00171-CMK | James M. Atwood |
| 26 | 70 | 3:17-PO-00172-CMK | Michael A. Fontes |
| 27 | 71 | 3:17-PO-00177-CMK | Michael B. Yingling |
| | 72 | 3:17-PO-00210-CMK | William A. Abrego |
| 28 | 73 | 3:17-PO-00224-CMK | Charles M. Niemeien |
| | 74 | 3:17-PO-00227-CMK | Amy Tiner |
| | 75 | 3:17-PO-00229-CMK | Kevin L. Turner |
| | 76 | 3:17-PO-00242-CMK | Tianna M. Lee |

|  | ECF Case Number | Defendant |
|---|---|---|
| 77 | 3:17-PO-00259-CMK | Travis A. Gendreau |
| 78 | 3:17-PO-00328-CMK | Marcus A. Collins |
| 79 | 3:17-PO-00336-CMK | Gary S. Due |
| 80 | 3:17-PO-00345-CMK | Sergio Guerrero Jr |
| 81 | 3:17-PO-00353-CMK | Zachary T. Hobbs |
| 82 | 3:17-PO-00355-CMK | Robert A. Jones Jr |
| 83 | 3:17-PO-00360-CMK | Katie V. Lucas |
| 84 | 3:17-PO-00361-CMK | Alexandrya Magdalenochapman |
| 85 | 3:17-PO-00368-CMK | James Pawlyk |
| 86 | 3:17-PO-00374-CMK | Christopher W. Rathja Jr |
| 87 | 3:17-PO-00386-CMK | Nicholas Schave |
| 88 | 3:17-PO-00393-CMK | Jodie A. Teal |
| 89 | 3:17-PO-00395-CMK | Justin L. Wade |
| 90 | 3:17-PO-00396-CMK | Franklin A. Williams |
| 91 | 3:17-PO-00451-CMK | Rodney W. Young |
| 92 | 3:17-PO-00508-CMK | Sarah S. Hayburn |
| 93 | 3:17-PO-00598-CMK | Giovanni A. Cabrera-Caicedo |
| 94 | 3:17-PO-00622-CMK | Antonio J. Ramirez |
| 95 | 3:17-PO-00629-CMK | Ruben Vargas |
| 96 | 3:17-PO-00661-CMK | Gary T. Haren |
| 97 | 3:17-PO-00670-CMK | Brandon Birron |
| 98 | 3:17-PO-00675-CMK | Alexander W. Calvert |
| 99 | 3:17-PO-00682-CMK | Carlos X. Cruz |
| 100 | 3:17-PO-00693-CMK | James O. Hamilton II |
| 101 | 3:17-PO-00696-CMK | Eric L. Hatfield |
| 102 | 3:17-PO-00703-CMK | Larry Laird |
| 103 | 3:17-PO-00712-CMK | Jaime E. Montana Equihua |
| 104 | 3:17-PO-00720-CMK | Sarah E. Preston |
| 105 | 3:17-PO-00726-CMK | Evan Stowers |
| 106 | 3:18-PO-00038-CMK | Lorrie M. Robinson |
| 107 | 3:18-PO-00041-CMK | Amber Yates |
| 108 | 3:18-PO-00050-CMK | Albert Hernandez |
| 109 | 3:18-PO-00086-CMK | Jeffrey J. Quinlain |
| 110 | 3:18-PO-00096-CMK | Jon W. Payne |
| 111 | 3:18-PO-00097-CMK | Roy J. Petersen |
| 112 | 3:18-PO-00102-CMK | Franklin A. Patty |
| 113 | 3:18-PO-00114-CMK | Nhou C. Vang |
| 114 | 3:18-PO-00123-CMK | Charles K. Day |
| 115 | 3:18-PO-00178-CMK | Bobby Manjoet |
| 116 | 3:18-PO-00262-DMC | Michael J. Singer |
| 117 | 3:18-PO-00281-DMC | Daniel R. Bordner |

| | ECF Case Number | Defendant |
|---|---|---|
| 118 | 3:18-PO-00291-DMC | Nicholas P. Johnson |
| 119 | 3:18-PO-00305-DMC | Tou Thao |
| 120 | 3:18-PO-00340-DMC | Caleb L. Centeno |
| 121 | 3:18-PO-00342-DMC | Darrin R. Dickson |
| 122 | 3:18-PO-00346-DMC | John A. Gray Jr |
| 123 | 3:18-PO-00353-DMC | Jackson C. Kircher |
| 124 | 3:18-PO-00357-DMC | Tracy A. Line |
| 125 | 3:18-PO-00361-DMC | Maguel K. Mendez |
| 126 | 3:18-PO-00368-DMC | Casey J. Rowland |
| 127 | 3:18-PO-00371-DMC | Deborah Stein |
| 128 | 3:18-PO-00376-DMC | Antonia D. Bautist-Adalson |
| 129 | 3:18-PO-00382-DMC | Jullian J. Haymon |
| 130 | 3:18-PO-00387-DMC | Kiel Laubisch |
| 131 | 3:18-PO-00396-DMC | Ton Fow Saephan |
| 132 | 3:18-PO-00401-DMC | Deon M. Stanford |
| 133 | 3:18-PO-00418-DMC | Jose F. Mendoza |
| 134 | 3:18-PO-00421-DMC | Rachel I. Rabago |
| 135 | 3:18-PO-00423-DMC | Eberto Tafolla-Solorio |
| 136 | 3:18-PO-00426-DMC | Ethan J. Willison |
| 137 | 3:18-PO-00427-DMC | Riley E. Young |
| 138 | 3:18-PO-00441-DMC | Brian J. Schricker |
| 139 | 3:19-PO-00062-DMC | Aaron D. Hightower |
| 140 | 3:19-PO-00064-DMC | Richard E. Kiser Jr |
| 141 | 3:19-PO-00082-DMC | Michael A. Crist |
| 142 | 3:19-PO-00125-DMC | Danny Pitcher |
| 143 | 3:19-PO-00141-DMC | Fermin C. Salas Jr |
| 144 | 3:19-PO-00227-DMC | Christina M. Halcon |
| 145 | 3:19-PO-00228-DMC | Billy W. Larkins |
| 146 | 3:19-PO-00264-DMC | Candice R. Beals |
| 147 | 3:19-PO-00267-DMC | Ismael Caro Jr |
| 148 | 3:20-PO-00002-DMC | Christian C. Arguello |
| 149 | 3:20-PO-00005-DMC | Daniel R. Bowman |
| 150 | 3:20-PO-00008-DMC | Jerry W. Cox |
| 151 | 3:20-PO-00009-DMC | Nathaniel E. Craig |
| 152 | 3:20-PO-00013-DMC | Rachelle L. Munoz |
| 153 | 3:20-PO-00020-DMC | Troy C. Tolan |
| 154 | 3:20-PO-00040-DMC | Santiago D. Ibanez |
| 155 | 3:20-PO-00137-DMC | James Thomas |
| 156 | 3:20-PO-00216-DMC | Jose U. Alvarez-Madrigal |
| 157 | 3:20-PO-00232-DMC | Julie M. Byers |
| 158 | 3:20-PO-00273-DMC | Zachary M. Hancock |

|  |  | ECF Case Number | Defendant |
|---|---|---|---|
| 1 | 159 | 3:20-PO-00281-DMC | Adrian L. Henson |
| 2 | 160 | 3:20-PO-00282-DMC | Jon U. Hershman |
| 3 | 161 | 3:20-PO-00291-DMC | Jesse C. Keisner |
| 4 | 162 | 3:20-PO-00315-DMC | Jason F. Munoz |
| 5 | 163 | 3:20-PO-00349-DMC | Steven W. Schick |
| 6 | 164 | 3:20-PO-00363-DMC | Dustin W. Webster |
| 7 | 165 | 3:20-PO-00395-DMC | Arthur Chacon |
| 8 | 166 | 3:20-PO-00414-DMC | Vincent Galindo |
| 9 | 167 | 3:20-PO-00428-DMC | Shane L. Hayes |
| 10 | 168 | 3:20-PO-00449-DMC | Matthew C. Morrison |
| 11 | 169 | 3:20-PO-00477-DMC | Kevin L. Son |
| 12 | 170 | 3:21-PO-00010-DMC | Simon L. Bigall |
| 13 | 171 | 3:21-PO-00022-DMC | Ashley Hitcher |
| 14 | 172 | 3:21-PO-00063-DMC | Robert J. McMaster |
| 15 | 173 | 3:21-PO-00072-DMC | Jim H. Harper |
| 16 | 174 | 3:21-PO-00077-DMC | Juan Perez |
| 17 | 175 | 3:21-PO-00111-DMC | Jose J. Esparza |
| 18 | 176 | 3:21-PO-00119-DMC | Jon W. Graham |
| 19 | 177 | 3:21-PO-00136-DMC | Levi M. Rogers |
| 20 | 178 | 3:21-PO-00158-DMC | Rebecca Clarke |
| 21 | 179 | 3:21-PO-00175-DMC | Jade S. Wilt |
| 22 | 180 | 3:21-PO-00183-DMC | Milton L. Booker |
| 23 | 181 | 3:21-PO-00193-DMC | Johnny W. Gragg |
| 24 | 182 | 3:21-PO-00195-DMC | David W. Griffin |
| 25 | 183 | 3:21-PO-00290-DMC | Tia A. Smith |
| 26 | 184 | 3:21-PO-00324-DMC | Colton Hastings |
|  | 185 | 3:21-PO-00345-DMC | Adrienne J. Blake |
|  | 186 | 3:22-PO-00018-DMC | Brian D. Tynes |
|  | 187 | 3:22-PO-00030-DMC | Anthony Jimenez |
|  | 188 | 3:22-PO-00043-DMC | Michael J. McDonald |
|  | 189 | 3:22-PO-00065-DMC | Eli J. Hancock |
|  | 190 | 3:22-PO-00105-DMC | Christopher L. Simmons |
|  | 191 | 3:22-PO-00117-DMC | Sean Roccoforte |
|  | 192 | 3:22-PO-00222-DMC | Valeria C. Diaz |
|  | 193 | 3:22-PO-00231-DMC | Peter J. Grundig |
|  | 194 | 3:22-PO-00245-DMC | Domanick W. Rawlins |
|  | 195 | 3:22-PO-00262-DMC | Brandy L. Bemis |
|  | 196 | 3:22-PO-00273-DMC | Karolina Hajdas |